IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCUS WILLIAMS                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 3:16-CV-838-CWR-FKB

ILLINOIS CENTRAL RAILROAD
COMPANY                                                                                                DEFENDANT

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND THE DISCOVERY PERIOD**

Before the Court is Defendant Illinois Central Railroad Company's Unopposed Motion to Extend the Discovery Period. [46]. Per the agreement of the parties expressed to the Court at the telephonic discovery hearing held on July 18, 2017, and for good cause shown, the Court grants the motion and amends the Case Management Order as follows:

1.      All discovery must be completed by September 1, 2017. The Court grants this extension for the purpose of allowing Illinois Central to take the depositions of Mr. Billy Evans and Ms. Sanana Williams, as well as to allow either of the parties to make any further required disclosures. The parties are not allowed to propound any additional written discovery requests.

2.      All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by September 15, 2017.

3.      This case is set for trial during the two-week term of court beginning on February 20, 2018 before United States District Judge Carlton W. Reeves in Courtroom 5B at the United States Courthouse in Jackson, Mississippi, and the pre-trial conference is set for January 12, 2018, before Judge Reeves.

This Order is substituted in place of the Court's Text-Only Order entered on July 24, 2017.

So ordered, this the 25th of July, 2017.

    /s/ F. Keith Ball
**UNITED STATES MAGISTRATE JUDGE**